UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 24-73-KK-DTBx | Date: | June 18, 2024 |
| Title: | *Jordan Orozco Madero, et al. v. McLane Foodservice, Inc.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Noe Ponce | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   (In Chambers) Order to Show Cause Why Plaintiffs' Motion to Remand and Reply Should Not Be Stricken [Dkts. 37, 41]

On May 15, 2024, Plaintiffs appear to have mistakenly filed a Motion to Remand in the instant action. ECF Docket No. ("Dkt.") 37. On May 21, 2024, before Defendant filed any Opposition, Plaintiffs filed a Reply, which also appears to be a mistake. Dkt. 41.

Accordingly, Plaintiffs shall file a response explaining why these pleadings should not be stricken no later than June 25, 2024. Failure to comply with this Order will result in sanctions including dismissal for failure to prosecute or follow court orders.

**IT IS SO ORDERED.**